

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00357-CV

**LOWE'S HOME CENTERS, L.L.C.** and Hino Gas Sales, Inc.,
Appellants

v.

Mirna **TREVINO**, as Next Friend to S.T. and M.T., minors; Blanca Moreno, Individually and as Next Friend to R.L. and S.L., minors, and on Behalf of the Estate of Genesis Moreno De Leos; Olivia Pulido, Individually and on behalf of the Estate of Juan Ramon de Leos; Maria Angelica Palacios Obregon; and Salvador Torres Morales,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-16-10
Honorable Ana Lisa Garza, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Luz Elena D. Chapa, Justice
             Jason Pulliam, Justice

Delivered and Filed:  July 13, 2016

DISMISSED

Appellants have filed a joint motion to dismiss this appeal. We grant the motion and order the appeal dismissed. *See* TEX. R. APP. P. 42.1(a). In the absence of an agreement of the parties regarding costs, we tax costs against appellants. *See id.* R. 42.1(d).

PER CURIAM